**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. WHITE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LAPD LT. MATTHEW ENSLEY 37229; SGT. OROZCO; DET. NICK 37568; DET. SPITZ 32317; McCAIN 38517; FELDMAN 40766; RYAN DeBENEDICTIS 42493; CHOI 44001; SGT. JONATHAN DeVERA 39490; and TEN UNKNOWN NAMED DEFENDANTS, 1-10,<br><br>　　　　　Defendants. | Case No. 2:21-cv-09571-MCS-MAA<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Leave to Amend and Dismissing Related Case, it is ordered, adjudged, and decreed that the Complaint is dismissed. The case is dismissed without prejudice to Plaintiff's pursuit of the claims presented in the Complaint in *White v. Moore*, No. 2:21-cv-06964-MCS-MAA. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: December 28, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE